STEPHEN M. HAYES (SBN 83583)
CHERIE M. SUTHERLAND (SBN 217992)
**HAYES SCOTT BONINO**
**ELLINGSON & McLAY, LLP**
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>Defendants. | CASE NO. 2:15-CV-01823-MCE-AC<br><br>**ORDER GRANTING DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S REQUEST TO SEAL DOCUMENTS FILED IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING ITS SECOND CAUSE OF ACTION**<br><br>Date: May 4, 2017<br>Time: 2:00 p.m.<br>Ctrm.: 7, 14th Floor<br>Judge: Hon. Morrison C. England, Jr.<br><br>**Complaint Filed: November 4, 2013**<br>**Trial Date: Not yet set** |

Defendant State Farm Mutual Automobile Insurance Company's ("State Farm") Request to Seal Documents filed in Support of its Opposition to Plaintiff Dameron Hospital Association's ("Dameron") motion for partial summary judgment of its Second Cause of Action is hereby GRANTED. The following documents shall be filed under seal:

775364

| | |
|---|---|
| **Exhibit Q** | Portion of the Agreement Between Kaiser Foundation Hospitals and the Permanente Medical Group, Inc. and Dameron Hospital Association for the Provision of Hospital Services and amendments ("Dameron-Kaiser Agreement"). |
| **Exhibit R** | Portion of the Dameron "Managed Care Agreement" with Aetna (Dameron-Aetna Agreement"). |

IT IS SO ORDERED.

Dated: April 19, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE