1  STEPHEN M. HAYES (SBN 83583)
   CHERIE M. SUTHERLAND (SBN 217992)
2  **HAYES SCOTT BONINO
   ELLINGSON & McLAY, LLP**
3  203 Redwood Shores Parkway, Suite 480
   Redwood City, California 94065
4  Telephone: 650.637.9100
   Facsimile: 650.637.8071
5
   Attorneys for Defendant
6  STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY
7

8  GREGORY M. HATTON (SBN 119810)
   JOHN A. McMAHON (SBN 237261)
9  **HATTON, PETRIE & STACKLER APC**
   85 Argonaut, Suite 210
10 Aliso Viejo, California 92656
   Telephone: 949.474.4222
11
   Attorneys for Plaintiff
12 DAMERON HOSPITAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>Defendants. | CASE NO. 2:15-CV-01823-MCE-AC<br><br>**STIPULATION AND ORDER TO REVISE THE COURT'S OCTOBER 18, 2016 ORDER (ECF NO. 12)** |

Plaintiff Dameron Hospital Association ("Dameron") and defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through their respective counsel, hereby stipulate to revise the Court's October 18, 2016 Order (ECF No. 12) as follows:

-1-
**STIPULATION AND ORDER TO REVISE THE COURT'S OCTOBER 18, 2016 ORDER
CASE NO. 2:15-CV-01823-MCE-AC**

# I.
# RECITALS

1. State Farm filed its motion for summary judgment on March 9, 2017 (ECF No. 16).

2. Dameron filed its opposition to State Farm's motion for summary judgment (ECF No. 17) and its motion for partial summary judgment on March 30, 2017 (ECF No. 18).

3. State Farm filed its reply brief in support of its motion for summary judgment (ECF No. 19) and opposition to Dameron's motion for partial summary judgment on April 13, 2017 (ECF Nos. 20-27).

4. Dameron filed its reply brief in support of its motion for partial summary judgment on April 27, 2017 (ECF No. 30).

5. Accordingly, the motions are fully briefed.

6. On May 1, 2017, on the Court's own motion and pursuant to Local Rule 230(g), State Farm's motion for summary judgment (ECF No. 16) and Dameron's cross-motion for partial summary judgment (ECF No. 18), both scheduled for hearing on May 4, 2017, were submitted without oral argument and the hearing vacated.

7. The parties recognize the Court's determination of a motion for summary judgment or partial summary judgment would either terminate this case or significantly narrow the issues relevant for trial, fact discovery and expert discovery. The parties completed their initial discovery. The parties would like to obtain a ruling on their respective motions before incurring all of the costs of discovery and expert discovery, which would not be necessary if either party prevails on their motion.

8. Accordingly, the parties hereby stipulate to revising the Court's October 18, 2016 Order as follows:

# II.
# STIPULATION

The parties hereby stipulate to the following revisions to the Court's October 18, 2016 Order:

1. Completion of fact discovery                    October 13, 2017
(currently June 12, 2017)

| | |
|---|---|
| 2. Disclosure of identities and reports of experts | October 13, 2017 (currently June 12, 2017) |
| 3. Supplemental expert disclosure | October 27, 2017 (currently June 26, 2017) |

Dated: June 5, 2017    HATTON, PETRIE & STACKLER APC


By    /S/  John A. McMahon
    GREGORY M. HATTON
    JOHN A. McMAHON
    Attorneys for Plaintiff
    DAMERON HOSPITAL ASSOCIATION

Dated: June 5, 2017    HAYES SCOTT BONINO ELLINGSON & McLAY, LLP


By    /S/ Cherie M. Sutherland
    STEPHEN M. HAYES
    CHERIE M. SUTHERLAND
    Attorneys for Defendant
    STATE FARM MUTUAL AUTOMOBILE
    INSURANCE COMPANY

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, the deadlines for completion of fact discovery, disclosure of identities and reports of experts, and supplemental expert disclosures are continued as follows:

| | | |
|---|---|---|
| 1. | Completion of fact discovery | October 13, 2017 (currently June 12, 2017) |
| 2. | Disclosure of identities and reports of experts | October 13, 2017 (currently June 12, 2017) |
| 3. | Supplemental expert disclosure | October 27, 2017 (currently June 26, 2017) |

IT IS SO ORDERED.

Dated: June 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE