STEPHEN M. HAYES (SBN 83583)
CHERIE M. SUTHERLAND (SBN 217992)
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE LLP
999 Skyway Road, Suite 310
San Carlos, California 94070
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

GREGORY M. HATTON (SBN 119810)
JOHN A. McMAHON (SBN 237261)
HATTON, PETRIE & STACKLER APC
12 Journey, Suite 255
Aliso Viejo, California 92656
Telephone: 949.474.4222
Facsimile: 949.474.1244

Attorneys for Plaintiff
DAMERON HOSPITAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAMERON HOSPITAL ASSOCIATION, a
California Non-Profit Association,

        Plaintiff,

   vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

      Defendants.

CASE NO. 2:15-CV-01823-MCE-AC

**STIPULATION AND ORDER TO
CONTINUE FURTHER SETTLEMENT
CONFERENCE**

Plaintiff Dameron Hospital Association ("Dameron") and defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through their respective counsel, hereby stipulate to continue the Further Settlement Conference via telephone scheduled for September 20, 2018 (ECF No. 42) as follows:

-1-

# I.
## RECITALS

1.      The parties participated in a Settlement Conference with Magistrate Judge Carolyn K. Delaney on August 28, 2018, and the case did not settle.

2.      The court ordered the parties to participate in a further Settlement Conference via telephone on September 20, 2018 at 11:00 a.m.

3.      The parties continue to discuss settlement and believe additional time before engaging in a further Settlement Conference with Judge Delaney will be more productive.

4.      For these reasons, the parties have agreed to stipulate to continue the further Settlement Conference to October 4, 2018 at 11:00 a.m.

# II.
## STIPULATION

The parties hereby stipulate to continue the further Settlement Conference from September 20, 2018 at 11:00 a.m. to October 4, 2018 at 11:00 a.m.

IT IS SO STIPULATED.

Dated:  September 17, 2018          HATTON, PETRIE & STACKLER APC


By____/S/ Gregory M.Hatton_____
        GREGORY M. HATTON
        JOHN A. McMAHON
        Attorneys for Plaintiff
        DAMERON HOSPITAL ASSOCIATION

Dated:  September 17, 2018          HAYES SCOTT BONINO ELLINGSON
                                    GUSLANI SIMONSON & CLAUSE LLP


By____/S/ Cherie M. Sutherland_____
        STEPHEN M. HAYES
        CHERIE M. SUTHERLAND
        Attorneys for Defendant
        STATE FARM MUTUAL AUTOMOBILE
        INSURANCE COMPANY

889831

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the further Settlement Conference is continued from September 20, 2018 at 11:00 a.m. to October 4, 2018 at 11:00 a.m.

IT IS SO ORDERED

Dated: September 17, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

889831