GREGORY M. HATTON (SBN 119810)
JOHN A. McMAHON (SBN 237261)
HATTON, PETRIE & STACKLER APC
12 Journey, Suite 255
Aliso Viejo, California 92656
Telephone: 949.474.4222
Facsimile: 949.474.1244

Attorneys for Plaintiff
DAMERON HOSPITAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>Defendants. | CASE NO. 2:15-cv-01823-MCE-AC<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**Assigned to Hon. Morrison C. England, Jr., Courtroom 7, Fourteenth Floor** |

Based on the Stipulation agreed to by the attorneys of record for the parties hereto (ECF No. 52), pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure, the above referenced case is DISMISSED with prejudice in its entirety and without an award of costs or fees to any party. This dismissal is based on a settlement and release agreement reached between the parties hereto. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE